IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GARY BULLARD and
CYNTHIA W. BULLARD,

    Plaintiff,

v.                                    Case No.   3:10cv434/MCR/CJK

US BANK, N.A., et al.,

    Defendants.
_____/

**O R D E R**

Pending before the court is the Report and Recommendation of the Magistrate Judge filed on March 23, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B).  No timely objections have been filed.[1]  Having reviewed the Recommendation and the record *de novo*, the court finds that the Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiffs' counsel, Bruce E. Committee, is required within a time certain, to pay as sanctions to US Bank and its attorneys the amount of $2,125.03.

**DONE AND ORDERED** this 2nd day of May, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The plaintiffs filed a notice of non-objection to the attorney fee rate on May 1, 2012, which the court construes as an objection to the Report and Recommendation.  However, it was filed well outside the fourteen-day time for filing objections, with no request for leave to file late, and thus, the court has not considered it.