**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

GARY BULLARD and
CYNTHIA W. BULLARD,

    Plaintiff,

v.                                        Case No.   3:10cv434/MCR/CJK

US BANK, N.A., et al.,

    Defendants.

_____/

**O R D E R**

    This matter is before the court on the magistrate judge's Report and Recommendation dated July 12, 2012 (doc. 163), certifying that the proposed appeal is not taken in good faith and recommending that the amended motion to proceed *in forma pauperis* on appeal (doc. 156) be denied.  Attorney Bruce Committee has filed a timely objection (doc. 166).  Having fully considered the Report and Recommendation, the record, and the objection *de novo*, the court concludes that the Recommendation is due to be adopted as modified.  Despite a mistake in the value of Mr. Committee's real estate holdings and liabilities and regardless of indigency, the motion must be denied on grounds that the appeal is objectively frivolous and thus not taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

    Accordingly:

    1.     The magistrate judge's Report and Recommendation (doc. 163) is adopted as the order of the court and incorporated by reference herein as modified in this order.

    2.     Attorney Bruce Committee's First Amended Motion to File Appeal of Sanction Motion and Proceed with Appeal Without Paying Court Fees and Costs Associated Therewith (doc. 156) is DENIED and the court CERTIFIES that the appeal is not taken in good faith.

    3.     Additionally, the motion and affidavit do not comport with the requirements

of Rule 24(a)(1)(C) of the Federal Rules of Appellate Procedure.

**DONE AND ORDERED** this 17th day of July, 2012.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**