IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GARY BULLARD and
CYNTHIA W. BULLARD,
    Plaintiffs,

vs.                        Case No.   3:10cv434/MCR/CJK

US BANK, N.A., et al.,
    Defendants.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the magistrate judge filed on August 31, 2012 (doc. 188), pursuant to 28 U.S.C. § 636(b)(1)(B), and the order dated September 6, 2012 (doc. 192), and after reviewing objections to the Recommendation and Order (docs. 189, 193), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    US Bank, N.A. is awarded judgment jointly and severally against Gary Bullard and Cynthia W. Bullard in the amount of $42,527.13, as well as costs in the amount of $665.78 for a total judgment of $43,192.91.

DONE AND ORDERED this 18th day of September, 2012.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE